IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| LATASHA TENNIAL,               ) | |
| )| |
| Plaintiff,          ) | |
| )| |
| v.                                       ) | Case No. 2:10-cv-00188-WAP-DAS |
| )| |
| EXEL LOGISTICS and,        ) | |
| MARIBETH GREEN,           ) | |
| )| |
| Defendants.       ) | |

**CORPORATE DISCLOSURE STATEMENT OF EXEL INC.**

Defendant Exel Inc. (improperly sued herein as "Exel Logistics"), pursuant to Fed. R. Civ. P. 7.1, states that it is wholly owned subsidiary of DPWN Holdings (USA), Inc. DPWN Holdings (USA), Inc. is not publicly traded.

Respectfully submitted,

s/ James R. Mulroy
James R. Mulroy (MS Bar #100915)
JACKSON LEWIS LLP
999 Shady Grove Road, Suite 110
Memphis, Tennessee 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
Email: mulroyj@jacksonlewis.com

ATTORNEYS FOR DEFENDANT
EXEL INC.

2

**CERTIFICATE OF SERVICE**

  I hereby certify that I have this 23nd day of March 2011 electronically filed the foregoing *Corporate Disclosure Statement* with the Clerk of Court using the CM/ECF system and caused to be placed in the U.S. Mail, postage prepaid, a true and correct copy of the forgoing to:

    Latasha Tennial
    4573 Fawn Hollow Cove
    Memphis, TN 38141

               s/ James R. Mulroy
              James R. Mulroy (MS Bar #100915)
              *Counsel for Defendant*

4833-0631-6553, v. 1